IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-00038-RJC-DSC

| | |
|---|---|
| GREG OGLIETTI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) **ORDER** |
| CVS HEALTH CORPORATION, et al., | ) ) ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on "Joint Motion to Amend Pretrial Order and Case Management Plan" (document # 18) filed September 30, 2020. For the reasons set forth therein, the Motion will be granted.

The Court will extend the deadlines as follows:

Plaintiff's Expert Reports-November 2, 2020
Defendants' Expert Reports-December 4, 2020
Mediation-December 9, 2020
Discovery Completion-December 23, 2020
Dispositive Motions-February 5, 2021

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: October 1, 2020

David S. Cayer
United States Magistrate Judge