IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-00038-RJC-DSC

| | | |
|---|---|---|
| **GREG OGLIETTI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| **CVS HEALTH CORPORATION et. al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**THIS MATTER** is before the Court on "Plaintiff's Motion to Compel Discovery" (document # 20), as well as the parties' briefs and exhibits.

Plaintiff moves the Court to compel Defendants to identify their customers whose complaints allegedly formed the basis for his discharge. Defendants object primarily on the basis of confidentiality. A Stipulated Protective Order has been entered. See Document #16. For this and the other reasons stated in Plaintiff's briefs, the Motion is granted.

**NOW THEREFORE IT IS HEREBY ORDERED that:**

1. "Plaintiff's Motion to Compel Discovery" (document # 20) is **GRANTED**. Within fifteen days of this Order, Defendants shall serve complete, unredacted responses to Plaintiff's Interrogatory No. 4 and Requests for Documents Nos. 3, 7, 19 and 20.

2. The parties shall bear their own costs at this time.

3. The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: December 21, 2020

*[signature]*

David S. Cayer
United States Magistrate Judge